| Case | Docket No. | Date | Judge | Disposition |
|---|---|---|---|---|
| Manhas v. Franciscan Hammond Clinic, LLC | 45A05–1602–CT–328 | 05/02/2017 | ALTICE, J. | Granted |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Bylsma v. Smith | 74A01–1611–DR–2525 | 05/02/2017 | BAKER, J. | Affirmed |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| J.P. v. Indiana Department of Child Services | 71A03–1610–JT–2441 | 05/02/2017 | ALTICE, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | MATHIAS, J. | Concurs |
| Miller v. State | 49A02–1610–CR–2364 | 05/02/2017 | BAKER, J. | Affirmed and remanded with instructions |
| | | | BARNES, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Freeland v. Butts | 33A01–1608–MI–1986 | 05/03/2017 | MAY, J. | Affirmed and remanded |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Fidell v. State | 49A04–1606–CR–1389 | 05/03/2017 | MAY, J. | Affirmed |
| | | | NAJAM, J. | Concurs |
| | | | BAILEY, J. | Concurs |
| Barnes v. State | 65A05–1611–CR–2727 | 05/03/2017 | BARTEAU, Sr.J. | Affirmed |
| | | | BAILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |